Donald Moody vs. State Texas Dist. Attorney
& Judge Luis Sturns 213th

Nov. 5-015
Court Criminal Appeals Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015
30-885-66
Robert Acosta, Clerk

Letter to clerk and judges on writ mandamus
case wr. 30-885-66. Original application writ
mandamus. for trial no. 01361773 D; 4 3726 A.

What is status on writ As Court Criminal
District 213th fail believe my story that
I went police sex offenders office on Dec. 27-013
to register As sex offender each year.
Detective Tillason, Inform jury July 22-2015
that Donald Moody never came register Dec.
27-013 on friday time 11:35 noon day.
Not videotape or show any pictures shown
I came police office sign in Dec. 27-2013.
I asking this court criminal appeals In when
is status on writ no 30,885-66?
Is it still File as sept. 16, 2015. Has survillian
camar been use since Oct. 1-2013 to Dec. 1-
2013 on any person coming to sex offender
office to register and did they sign in
And talk to officer in boot?
Who Worked Dec. 27-2013, At police office
for sex offenders in register?
Did Moody Donald sign docket sheet at office
Dec. 27-013 time 11:35 noon day?
Then if same day can sex offenders be given
60 days revocation hearing it fait show,
on birthday report. Why county went send

1.

Donald Moody Sr. case 0136172 3 D. 843226?
100 North Lamar, Tarrant County
Fort Worth, TX, 76102
us notice letters As do public that sex offender
is either out parole are release. Then when
will sex offender or get letters. As be sure
we live 932 Glen Garden in fort Worth
are of shelton home?
What if unable call or lock in another
county?__ Yes computer show I have other
warrants as tickets, use weapons, harm
familys, stealing and not show for treatment
Then it be on 2 years probation, not parole
with 5 years sentence Fail Register.
If no person working Dec. 27 2013 at sex
offenders officers help me register?
then if no person during Friday noon day.
Then sex offense sure be dismiss for
lack evidence federal Rules Evidence 601 to 702.
Can Court and prosecutors assitants prove
no person assign to lobby, December 27-2013?
Ask if that be reinstated on New trial seting.
That Tillerson claim no person has be assign
to police lobby boot, at any time doing work
and holidays. And if media NBC news 5,
Report that say, monday destroy tape
video prove my innocent Dec. 27 2013,
Friday.
Plead for crime scene investigation in
find was video log in for 90 days from Oct. 1,
2013 to Dec. 27-2013? My register sign in?
White male work Dec. 27 2013, I spoken-
-n see Tillerson as register, But she
was not in help me sign As sex offender.
case sure be dismiss, let me get on file.
sign Donald Moody Sr. cid 0342935